ACCEPTED
01-14-00806-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
4/2/2015 4:11:07 PM
CHRISTOPHER PRINI
CLERK

## NO. 01-14-00806-CV

| | | |
|---|---|---|
| **LISA DAVIS**<br>**Appellant** | §<br>§<br>§ | **COURT OF APPEALS** |
| **V.** | §<br>§ | **FIRST DISTRICT** |
| **DALAYNA SMITH**<br>**Appelee.** | §<br>§<br>§ | **OF GALVESTON COUNTY, TEXAS** |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
4/2/2015 4:11:07 PM
CHRISTOPHER A. PRINE
Clerk

## MOTION FOR DISMISSAL

**TO THE HONORABLE JUDGE OF SAID COURT**:

**NOW COMES** Appellant, Lisa Davis, and brings this Motion for Non-Suit and Voluntary Dismissal of all its Appeal, and in support thereof, would show the court the following:

I.

Appellant, Lisa Davis, asks the Court to dismiss her appeal.

II.

**WHEREFORE, PREMISES CONSIDERED**, Movant prays that the Court grants this motion for dismissal, and for such other and further relief that may be awarded at law or in equity.

Respectfully submitted,

By: _____
Matthew C. McClinton
Texas Bar No. 00787995
Email: mcclinton@wacolaw.com
801 Washington Ave., Suite 300
Waco, Texas 76701
Tel. (254) 754-0333
Fax. (254) 754-0334
Attorney for Appellant
Lisa Davis